UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARTAN M. STEPHAN,<br><br>  Petitioner,<br>vs.<br><br>JAMES WALKER [WARDEN], PEOPLE OF THE STATE OF CALIFORNIA,<br><br>  Respondents. | ) Case No. CV 09-6397-RSWL(RC)<br>)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

   Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

   IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED:  September 11, 2009

*RONALD S.W. LEW*
_____
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE

R&R-MDO\09-6397.jud
9/4/09